# UNITED STATES DISTRICT COURT
## IN AND FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES, ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARQUIS JACKSON<br><br>　　　　Defendant. | NO:   CR24-164 JNW<br><br>ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL |

The Court, having reviewed the unopposed motion by Marquis Jackson to substitute his counsel, hereby GRANTS the motion.  It is hereby ORDERED that Phil I Brennan is withdrawn as attorney of record in the above-entitled action, and Paul Henricksen is the substituting attorney of record.

DATED this 25th day of September, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

ORDER SUBSTITUTING COUNSEL

*THE LAW OFFICES OF*
***PAUL HENRICKSEN***
*540 NE Northgate Way*
*Seattle, Wa 98125*
*Phone: (206) 779 9208*
*"Paulchenricksen@mail.com"*